# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2912

_____

Corey Jemell Rogers

*Plaintiff - Appellant*

v.

Steven Brouk; John Layton; Donald Hale; John Schneedle; Cindy Griffith; Alan Earls

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: July 6, 2018
Filed: July 17, 2018
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Corey Rogers appeals following the district court's[1] adverse grant of summary judgment in his *pro se* 42 U.S.C. § 1983 action, in which he raises claims of excessive force, deliberate indifference to his medical needs, and sexual assault.

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

After careful review of the record and the parties' arguments on appeal, we conclude that the district court properly granted summary judgment. *See Peterson v. Kopp*, 754 F.3d 594, 598 (8th Cir. 2014) (reviewing grant of summary judgment *de novo*; viewing record in light most favorable to nonmoving party). The judgment is affirmed. *See* 8th Cir. R. 47B.

—————————————————